IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. CR 05 122 S |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2252A(a)(5)(B) |
| | ) | |
| JONATHAN NAKIELNY | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges that:

COUNT ONE

From on or about December 15, 2003, to on or about June 14, 2004, in the District of Rhode Island, the defendant, JONATHAN NAKIELNY, did knowingly and willfully possess on the hard drive of his computer more than ten images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A)&(C), that were produced using materials that have been mailed or shipped or transported in interstate or foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Date: October 24, 2005