AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Jonathan Nakielny

APPEARANCE

CASE NUMBER: CR 05-122S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JONATHAN NAKIELNY

I certify that I am admitted to practice in this court.

11-9-05

*Date*

[signature]

*Signature*

ROBERT E. CRAVEN #2938

*Print Name* *Bar Number*

50 PARK ROW WEST, SUITE 100

*Address*

PROVIDENCE R.I. 02903

*City* *State* *Zip Code*

453-2700 453-4910

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher