AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JONATHAN NAKIELNY

WAIVER OF INDICTMENT

CASE NUMBER: CR 05 122S

I, JONATHAN NAKIELNY, the above named defendant, who is accused of

KNOWINGLY AND WILFULLY POSSESSING ON THE HARD DRIVE OF A COMPUTER MORE THAN TEN IMAGES OF CHILD PORNOGRAPHY, AS THAT TERM IS DEFINED IN TITLE 18, U.S.C. SECTION 2256(8)(A)&(C), THAT WERE PRODUCED USING MATERIALS THAT HAVE BEEN MAILED OR SHIPPED OR TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE BY ANY MEANS INCLUDING BY COMPUTER IN VIOLATION OF 18 U.S.C. SECTION 2252a(A)(5)(b)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on NOVEMBER 9 2005 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jonathan A. Nakielny
Defendant

Robert E. Crane
Counsel for Defendant

Before David L. Martin
Judicial Officer USMJ

This form was electronically produced by Elite Federal Forms, Inc.