879060

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 2? 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JONATHAN NAKIELNY

## WARRANT FOR ARREST

CASE NUMBER: CR05-122S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JONATHAN NAKIELNY
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION AND DISTRIBUTION OF CHILD PORNOGRAPHY

in violation of Title 18 United States Code, Section(s) 2252(a)(5)(B)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 24, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Fmc Devens and transported to Wyatt | | |
| DATE RECEIVED 10/24/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/08/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.